ANNE E. LOPEZ                    7609
Attorney General
State of Hawaiʻi

RYAN W. ROYLO                    6329
CARTER K. SIU                    7313
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
Email:  ryan.w.roylo@hawaii.gov
        carter.k.siu@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII,
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| I.N., JEREMY N., RHONDA N.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF HAWAIʻI, DEPARTMENT OF EDUCATION,<br><br>Defendant. | CIVIL NO. 1:24-CV-00084-HG-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER<br><br><br>Trial Date: August 19, 2025<br>Judge: Hon. Helen Gillmor |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between all parties who have appeared herein, by and through their respective counsel, that this action is hereby dismissed with prejudice as to all claims and all parties pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* and LR41.1 of the *Local Rules of Practice for the United States District Court for the District of Hawaiʻi*.  There are no claims or parties remaining.  Each party is to bear their own fees and costs incurred herein.  All parties hereto have signed this Stipulation as evidence by the signature of their counsel of record below.

All appearing parties have signed this Stipulation.

DATED:  Honolulu, Hawaiʻi, October 1, 2024.

/s/  *Carl M. Varady*
CARL M. VARADY

Attorney for Plaintiffs
I.N., JEREMY N., RHONDA N.

//

//

//

2

      /s/ Ryan W. Roylo
RYAN W. ROYLO
CARTER K. SIU

Attorneys for Defendant
STATE OF HAWAIʻI,
DEPARTMENT OF EDUCATION

**APPROVED AND SO ORDERED.**

**Dated: October 3, 2024, Honolulu, Hawaii.**

Helen Gillmor
United States District Judge

---

*I.N., Jeremy N., Rhonda N. vs. State of Hawaiʻi, Department of Education*, Civil No. 1:24-CV-00084-HG-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER